UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE HOGAN, | No. 2:15-cv-2367 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| SPROUTS FARMERS MARKET, INC., | |
| Defendant. | |

Plaintiff is proceeding in this action pro se and has moved pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  The application was referred to the undersigned.

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted.

Dated: November 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 ifp.ref