# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE HOGAN,<br><br>        Plaintiff,<br>  v.<br><br>SPROUTS FARMER'S MARKET, an Arizona corporation,<br><br>        Defendant. | Case No. 2:15-CV-02367-TLN-CKD<br><br>Assigned for All Purposes To:<br>Judge: Troy L. Nunley<br>Ctrm:   2<br><br>**ORDER GRANTING PARTIES' STIPULATION TO ARBITRATE AND STAY ENTIRE ACTION PENDING ARBITRATION**<br><br>Action Filed:   November 14, 2015 |

Order Granting Parties Stipulation to Arbitrate

Carothers DiSante & Freudenberger LLP

Pursuant to Plaintiff Marguerite Hogan ("Plaintiff") and Defendant Sprouts Farmers Market, Inc.'s ("Defendant") (collectively "the Parties") stipulation, the Court hereby orders that this matter is to be resolved by way of binding arbitration before JAMS, and that these proceedings are stayed in their entirety pending completion of arbitration. The Parties are directed to inform the court within ten (10) days of the conclusion of the arbitration proceedings.

Dated: January 13, 2016

_____
Troy L. Nunley
United States District Judge