UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE HOGAN, | No. 2:15-cv-02367-TLN-CKD |
| Petitioner, | |
| v. | **ORDER** |
| SPROUTS FARMER'S MARKET, an Arizona corporation, | |
| Respondent. | |

On January 30, 2016, counsel for Plaintiff Marguerite Hogan filed a notice of Ms. Hogan's death on January 14, 2016, pursuant to Federal Rule of Civil Procedure 25(a)(1). (ECF No. 16.) The filing seeks to have the representative of the Estate of Marguerite Hogan, Donald Markham substituted as the Plaintiff in this litigation. (ECF No. 16 at 2.) The notice included a declaration from Mr. Markham and a certified copy of Ms. Hogan's death certificate. (ECF No. 16 at 3–4.) Defendant Sprouts Farmer's Market does not oppose this substitution. (ECF No. 20.)

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the Court hereby GRANTS Plaintiff's request and hereby orders the substitution of Donald Markham as the named Plaintiff in the instant action.

IT IS ORDERED.

Dated: April 11, 2016

Troy L. Nunley
United States District Judge

1